Dan Stormer, Esq. [S.B. # 101967]
Barbara Enloe Hadsell, Esq. [S.B. #086021]
Morgan Ricketts, Esq. [S.B. #268892]
David Clay Washington, Esq. [S.B. #305996]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bhadsell@hadsellstormer.com
        mricketts@hadsellstormer.com
        dwashington@hadsellstormer.com

Attorneys for Plaintiff
BENJAMIN MONTEMAYOR

[Attorneys for Defendants listed on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MONTEMAYOR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; SERGEANT RUBEN T. MARTINEZ; OFFICER HENRY FELIX; OFFICER ANTHONY LOPEZ; and OFFICER ROBERT R. MARTINEZ,<br><br>Defendants. | Case No.: 2:21-cv-03124 CBM (ASx)<br>[Related to Case No. 2:20-cv-05027-CBM-AS]<br><br>[Assigned to the Honorable Consuelo B. Marshall]<br><br>**JOINT TRIAL EXHIBIT LIST**<br><br>DATE:    June 20, 2023<br>TIME:    2:30 p.m.<br>PLACE:   8D<br><br>Complaint filed:         April 12, 2021<br>Discovery cut-off:       May 4, 2022<br>Expert discovery cut-off: August 1, 2022<br>Trial:                   June 27, 2023 |

JOINT TRIAL EXHIBIT LIST

[continued from first page]

Denise C. Mills, Deputy City Attorney
Office of the City Attorney
Police Litigation Unit
200 N. Main Street-City Hall East
6th Floor
Los Angeles, CA 90012
Telephone: (213) 978-7036
Facsimile: (213) 978-8785
Email: denise.mills@lacity.org

Daniel S. Roberts, Esq.
Cole Huber LLP
2855 E. Guasti Rd., Ste. 402
Ontario, CA 91761
Telephone: (909) 230-4209
Facsimile: (909) 937-2034
Email: droberts@colehuber.com

Attorneys for Defendants CITY OF LOS ANGELES, CHIEF MICHEL MOORE, OFFICER ANTHONY LOPEZ, and OFFICER ROBERT R. MARTINEZ

Susan E. Coleman, Esq.
Lisa W. Lee, Esq.
Burke, Williams & Sorensen, LLP
444 S. Flower Street, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700
Email: scoleman@bwslaw.com
       llee@bwslaw.com

Attorneys for Defendant OFFICER HENRY FELIX

---

JOINT TRIAL EXHIBIT LIST

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-6.1, Plaintiff Benjamin Montemayor., and Defendants Officer Henry Felix, City of Los Angeles, Chief Michel Moore, and Officers Anthony Lopez and Robert Martinez, by and through their respective attorneys of record (hereafter collectively referred to as "the Parties"), hereby submit their Joint Trial Exhibit List, which sets forth the exhibits one or all of the Parties may seek to offer as evidence at trial. The Parties reserve their respective rights to supplement and identify additional exhibits, including but not limited to for purposes of rebuttal and/or impeachment, and reserve all rights and objections regarding the admissibility of any exhibit, regardless of which party placed the exhibit on the list.

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | **I.      PLAINTIFF'S EXHIBITS** | | |
| 1. | L.A. Times article, "Inmate Freed in Rampart Scandal Files Lawsuit," dated June 7, 2000 | | |
| 2. | *Intentionally skipped.* | | |
| 3. | In-service Training History of Officer Anthony Lopez, dated December 17, 2021 (COLA 1265-1290) | | |
| 4. | Officer Nelson Portillo BWV | | |
| 5. | Officer Robert R. Martinez BWV | | |
| 6. | FID Statement of Police Officer III+I Anthony Lopez, dated October 22, 2020 (COLA 0064-83) | | |
| 7. | *Intentionally skipped.* | | |
| 8. | In-service Training History of Officer Robert R. Martinez, dated December 7, 2021 (COLA 1291-1318) | | |
| 9.-10. | *Intentionally skipped.* | | |
| 11. | Officer Derrick Ybarra BWV | | |
| 12. | *Intentionally skipped.* | | |
| 13. | In-service Training History of Officer Henry Felix, dated December 7, 2021 (COLA 1258-1264) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 14. | LAPD Use of Force-Tactics Directive re: Tactical De-Escalation Techniques, dated October 2016 (MONTEMAYOR 1334-1336) | | |
| 15. | LAPD Use of Force-Tactics Directive re: 40mm Less-Lethal Launcher, dated July 2018 (MONTEMAYOR 1328-1332) | | |
| 16. | Office of Administrative Services, Notice 1.3 re: Use of Less-Lethal Force – Clarification, dated January 22, 2018 (MONTEMAYOR 1333) | | |
| 17. | Annotated Google Maps screenshot of Hollywood Boulevard and Ivar Avenue | | |
| 18. | Google Maps screenshot of Hollywood Boulevard and Ivar Avenue | | |
| 19.-24. | *Intentionally skipped.* | | |
| 25. | Personnel Check-In List (ICS 211), dated June 2, 2020 (COLA 0055) | | |
| 26. | LAPD Force Investigation Division – Transcription of Recorded Interview of Sgt. Ruben Martinez by Det. Rosa & Michel, dated September 24, 2020 (COLA 0225-262) | | |
| 27. | Officer Whispering Bigby BWV | | |
| 28. | Image from Bigby BWV, dated June 2, 2020 | | |
| 29. | Image from Bigby BWV, dated June 2, 2020 | | |
| 30. | Image from Bigby BWV, dated June 2, 2020 | | |
| 31. | Image from Bigby BWV, dated June 2, 2020 | | |
| 32.-34. | *Intentionally skipped.* | | |
| 35. | Instagram post (MONTEMAYOR 0624-0627) | | |
| 36. | Instagram post | | |
| 37. | Gusto statement (MONTEMAYOR 1296-1297) | | |
| 38.-40. | *Intentionally skipped.* | | |
| 41. | Text message communication with "Chris" – to be redacted to show only Plaintiff Montemayor's statement (MONTEMAYOR 1184) | | |
| 42. | Text message communication with "Taylor" – to be redacted to show only Plaintiff Montemayor's statement (MONTEMAYOR 1193) | | |
| 43.-44. | *Intentionally skipped.* | | |
| 45. | LAPD Safe LA Civil Unrest 2020 After Action | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Report (COLA 0643-884) | | |
| 46. | Personnel Check-In List & Activity log, dated June 2, 2020 (COLA 1690-1691) | | |
| 47. | Personnel Check-In Lists & Activity log of Sgt. Ruben Martinez for June 2, 2020 (COLA 1575-1577) | | |
| 48. | *Intentionally skipped.* | | |
| 49. | LAPD Watch Commander's Daily Report, dated June 2, 2020 | | |
| 50.-51. | *Intentionally skipped.* | | |
| 52. | Intradepartmental Correspondence from IG to BOPC re: Law Enforcement Related Injury 037-20 for 5/11/21 Closed Session Agenda, dated May 6, 2021 (COLA 0368-410) | | |
| 53. | LAPD Use of Force-Tactics Directive re: Crowd Management, Intervention, and Control, June 2011 (COLA 0928-938) | | |
| 54. | Email chain from Staci Bias to Lisa Ruvalcaba re: Safe LA Task Force, dated March 24, 2021 (COLA 1795-1797) | | |
| 55. | Abridged Summary of Categorical Use of Force Incident and Findings by the L.A. BOPC re: Law Enforcement -Related Injury 037-20, June 2, 2020 (MONTEMAYOR 0042-60) | | |
| 56.-57. | *Intentionally skipped.* | | |
| 58. | 40 mm Complaints Aggregated, dated April 28, 2022 (COLA 1790-1794) | | |
| 59. | *Intentionally skipped.* | | |
| 60. | Notice from the Chief of Police to All Sworn Personnel re: Narrating on BWV When Using Less Lethal, dated November 2, 2020 (COLA 0939-940) | | |
| 61. | LAPD Less Lethal Weapons 1850-30995 Expanded Course Outline, revised March 29, 2021 (COLA 1395-1416) | | |
| 62. | LAPD Use of Force-Tactics Directive re: 40mm Less-Lethal Launcher, dated October 2021 | | |
| 63. | LAPD Less Lethal Munitions 1850-30986, dated | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | May 5, 2018 (COLA 1381-1394) |  |  |
| 64. | Excerpt from LAPD ARCON Manual, updated September 2017 (COLA 1023, 1083) |  |  |
| 65. | *Intentionally skipped.* |  |  |
| 66. | FID Report re LERI F037-20 (COLA 0010-28) |  |  |
| 67. | Excerpt from LAPD After Action Report, Chapter 9: Detailed Chronology (COLA 0769, 820-821) |  |  |
| 68. | *Intentionally skipped.* |  |  |
| 69. | Professional Standards Bureau Annual Review, 2021 (COLA 1798-1812) |  |  |
| 70. | *Intentionally skipped.* |  |  |
| 71. | FID Statement of Police Officer II Whispering Bigby, dated October 21, 2020 (COLA 0176-200) |  |  |
| 72. | *Intentionally skipped.* |  |  |
| 73. | Intradepartmental Correspondence re: Safe LA Civil Unrest 2020 After Action Report, dated April 13, 2020 (MONTEMAYOR 0175-176) |  |  |
| 74. | Community Relations & Trust Building Matrix (MONTEMAYOR 3119-3120) |  |  |
| 75. | After Action Report Implementation Plan Worksheet Policy Development & Legal Considerations (MONTEMAYOR 3169-3177) |  |  |
| 76. | After Action Report Implementation Plan Worksheet Technology & Equipment, dated September 16, 2021 (MONTEMAYOR 3218-3223) |  |  |
| 77. | After Action Report Implementation Plan Worksheet Training (MONTEMAYOR 3259-3270) |  |  |
| 78.-79. | *Intentionally skipped.* |  |  |
| 80. | Intradepartmental Correspondence from Chief of Police to the Honorable BOPC re: Law Enforcement Related Injury, FID NO. 037-20, dated April 1, 2021 (COLA 0343-367) |  |  |
| 81. | BOPC Closed Session – Item No. 4A-2, dated May 11, 2021 (COLA 0340) |  |  |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 82. | Intradepartmental Correspondence from Chief of Police to the Honorable BOPC re: Law Enforcement Related Injury, FID NO. 037-20, dated May 12, 2021 (COLA 0342) | | |
| 83. | Police Commission Adjudication Follow-Up Form, dated May 12, 2021 (COLA 0341) | | |
| 84. | Debrief, dated May 29, 2020 (COLA 1829-1831) | | |
| 85. | LAPD Use of Force-Tactics Directive re: Use of Force Policy, dated October 2020 (COLA 1829-1846) | | |
| 86. | Office of the Chief of Police, Notice 1.14 from Chief of Police to All Department Personnel re: Use of Less-Lethal Launchers During Demonstrations- Revised, dated May 3, 2021 | | |
| 87.-95. | *Intentionally skipped.* | | |
| 96. | Video titled "Bigby BWV + Frame Numbers" | | |
| 97. | Video titled "Bigby – Stabilized + Enlarged SlowMo" | | |
| 98. | Video titled "Bigby – Stabilized + Enlarged" | | |
| 99. | Video titled "Cellphone Video 0639 + Frame Numbers" | | |
| 100. | Video titled "Martinez BWV + Frame Numbers" | | |
| 101. | Video titled "Montemayor All Views Synchronized" | | |
| 102. | Video titled "Montemayor Shot Views Synced SlowMo" | | |
| 103. | Video titled "Montemayor Shot Views Synced" | | |
| 104. | Video titled "Portillo BWV + Frame Numbers.mp4" | | |
| 105.-106. | *Intentionally skipped.* | | |
| 107. | Adult & Pediatric Urgent Care invoice, dated July 10, 2020 (MONTEMAYOR 0646-652) | | |
| 108. | *Intentionally skipped.* | | |
| 109. | Documents Produced by Linda Bonilla | | |
| 110. | *Intentionally skipped.* | | |
| 111. | Joy S. Feld Visit Note of Benjamin D. | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Montemayor, dated July 10, 2020 (MONTEMAYOR 4357-4358) |  |  |
| 112. | Joy S. Feld Visit Note of Benjamin D. Montemayor, dated January 25, 2021 (MONTEMAYOR 4342-4344) |  |  |
| 113. | Joy S. Feld Visit Note of Benjamin D. Montemayor, dated May 23, 2022 (MONTEMAYOR 4352-4354) |  |  |
| 114. | Visit Note dated October 12, 2018 (MONTEMAYOR 4363-4365) |  |  |
| 115. | Visit Note dated July 6, 2018 (MONTEMAYOR 4355-4356) |  |  |
| 116. | Providence St. Joseph Medical Center Inpatient Record of Benjamin Montemayor, dated June 2, 2020 (MONTEMAYOR 0948-950) |  |  |
| 117. | *Intentionally skipped.* |  |  |
| 118. | Office Visit Report of Benjamin Montemayor, dated June 11, 2020 (MONTEMAYOR 0712-714) |  |  |
| 119. | Office Visit Report of Benjamin Montemayor, dated July 9, 2020 (MONTEMAYOR 0720-723) |  |  |
| 120. | *Intentionally skipped.* |  |  |
| 121. | Providence St. Joseph Medical Center Inpatient Record of Benjamin Montemayor, dated June 2, 2020 (MONTEMAYOR 0932) |  |  |
| 122. | California Sports Spine Institute Consultation Report of Benjamin Montemayor, dated June 29, 2020 (MONTEMAYOR 0728-732) |  |  |
| 123. | Elite Motion Physical Therapy Initial Examination of Benjamin Montemayor, dated August 7, 2020 (MONTEMAYOR 0709-711) |  |  |
| 124. | California Sports Spine Institute records with notes (MONTEMAYOR 733-735) |  |  |
| 125. | California Sports Spine Institute Consultation Follow up #1 of Benjamin Montemayor, dated September 2, 2020 (MONTEMAYOR 0733-735) |  |  |
| 126. | California Sports Spine Institute Consultation |  |  |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Follow up #2 (Tele-Medicine Visit) of Benjamin Montemayor, dated October 16, 2020 (MONTEMAYOR 0736-739) |  |  |
| 127. | California Sports Spine Institute Consultation Follow up Visit #3 of Benjamin Montemayor, dated November 9, 2020 (MONTEMAYOR 0740-744) |  |  |
| 128. | Doctor's medication plan for Benjamin Montemayor, dated November 9, 2020 |  |  |
| 129. | California Sports Spine Institute Consultation Doctor's Note re Benjamin Montemayor back pain, dated July 29, 2020 |  |  |
| 130. | California Sports Spine Institute Consultation Patient Follow-up of Benjamin Montemayor, dated September 2, 2020 |  |  |
| 131. | Elite Motion Daily Note for October 23, 2020 (MONTEMAYOR 0663-0664) |  |  |
| 132. | Imaging Specialists of Pasadena Examination, dated October 30, 2020 |  |  |
| 133. | California Sports Spine Institute Consultation New PMR & Interventional Pain Management Intake Questionnaire |  |  |
| 134.-142. | *Intentionally skipped.* |  |  |
| 143. | Defense Technology's 40MM eXact iMpact Sponge Round information page |  |  |
| 144. | Elite Motion Daily Note 12/22/2020 |  |  |
| 145. | *Intentionally skipped.* |  |  |
| 146. | Clinical Session Notes 12/10/2020; 12/17/2020; 12/23/2020 |  |  |
| 147. | Clinical Session Notes 7/9/2020; 7/16/2020 |  |  |
| 148. | Elite Motion Daily Note 10/23/2020 |  |  |
| 149.-199. | *Intentionally skipped.* |  |  |
| 200. | Screenshots from body worn video |  |  |
| 201. | Cellphone video (MONTEMAYOR 0639) |  |  |
| 202. | Screenshots from cellphone video |  |  |
| 203. | KTLA5 news video (MONTEMAYOR 0635) |  |  |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 204. | Screenshots from news video | | |
| 205. | FID Statement of Police Officer III+1 Robert R. Martinez (COLA 0084-119) | | |
| 206. | FID Statement of Police Officer III+ 1 Derrick Ybarra (COLA 0320-339) | | |
| 207. | FID Statement of Sergeant James Kim (COLA 0201-223) | | |
| 208. | FID Statement of Sergeant Ruben T. Martinez (COLA 0224-262) | | |
| 209. | LAPD Use of Force Review Board Report re Incident 037-20 (COLA 0413-415, 417) | | |
| 210. | A Crisis of Trust, A National Police Foundation Report to the Los Angeles Board of Police Commissioners on the LAPD Response to 1st Amendment Assemblies and Protests Occurring May 27-June 7, 2020 (COLA 0428-541) | | |
| 211. | An Independent Examination of the Los Angeles Police Department 2020 Protest Response by Independent Counsel Gerald Chaleff (COLA 0542-642) | | |
| 212. | Safe LA Task Force Update Report from COP to BOPC, dated April 9, 2021 (COLA 0418-427) | | |
| 213. | Banner (MONTEMAYOR 0628) | | |
| 214. | LAPD Special Order No. 4 Policy on the Use of Force, dated February 5, 2020 (COLA 1174-1178) | | |
| 215. | Officer Felix TEAMS Report (COLA 1258) | | |
| 216. | Officer Lopez TEAMS Report (COLA 1468-1469) | | |
| 217. | Officer Martinez TEAMS Report (COLA 1485) | | |
| 218. | LAPD Use of Force Tactics Directive No. 8.1 re Baton, dated September 2013 (COLA 0924-927) | | |
| 219. | LAPD Emergency Operations Guide Volume 5 (COLA 0942-987) | | |
| 220. | Unlawful Assembly Checklist – Updated, dated October 27, 2017 (COLA 1165-1170) | | |
| 221. | LAPD Training Bulletin re Command and Control, dated July 2018 (COLA 1200-1205) | | |

JOINT TRIAL EXHIBIT LIST -8-

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 222. | LAPD Training Bulletin re Mobile Field Force (COLA 1206-1219) | | |
| 223. | Operations West Bureau-Dispersal Orders 2016-2021 (MONTEMAYOR 1305) | | |
| 224. | Photos of Plaintiff post-surgery (MONTEMAYOR 4308-4310) | | |
| 225. | Plaintiff's ultrasound images (MONTEMAYOR 1148-1149) | | |
| 226. | Photos of Plaintiff during surgery (MONTEMAYOR 1150-1156) | | |
| 227. | Providence St. Joseph Medical Center Records (MONTEMAYOR 0936-938) | | |
| 228. | Providence St. Joseph Medical Center Urology Consult Note (MONTEMAYOR 0944-947) | | |
| 229. | POST Learning Domain 24, Chapter 4 – Crowd Dynamics (MONTEMAYOR 3449-3466) | | |
| 230. | POST Learning Domain 24, Chapter 5 – Crowd Management and Control (MONTEMAYOR 3467-3496) | | |
| 231. | POST Guidelines – Crowd Management, Intervention and Control (MONTEMAYOR 3727-3818) | | |
| 232. | FID Investigation (COLA 0010-427) | | |
| **II.   DEFENDANTS' EXHIBITS** | | | |
| 401. | 911 call recording - I20060200001922-CALL01.wav | | |
| 402. | 911 call recording - I20060200001933-CALL01.wav | | |
| 403. | 911 call recording - I20060200001939-CALL01.wav | | |
| 404. | 911 call recording - I20060200001942-CALL01.wav | | |
| 405. | 911 call recording - I20060200001942-CALL02.wav | | |
| 406. | 911 call recording - I20060200001945-CALL01.wav | | |
| 407. | 911 call recording - I20060200001955-CALL01.wav | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 408. | Police radio recording – RADIO_CWTAC1 6-2-20.wav | | |
| 409. | EDD records (MONTEMAYOR 1298-1300) | | |
| 410. | Ocelot, LLC records (MONTEMAYOR 1228, 1269-1295) | | |
| 411. | Special Order No. 4 – Policy on the Use of Force – Revised (COLA 1174-1178) | | |
| 412. | Crowd Control 1850-51954 Expanded Course Outline (COLA 1336-1359) | | |
| 413. | Health Questionnaire Form dated October 1, 2015 (Feld subpoena records pp 46-47 of 113) | | |
| 414. | Joy S. Feld, M.D. Prescription (Feld subpoena records p. 48 of 113) | | |
| 415. | Visit Note dated November 21, 2017 (Feld subpoena records pp. 107-109 of 113) | | |
| 416. | Physical Therapy Orders dated July 29, 2020 (MONTEMAYOR 0705) | | |
| 417. | Consultation Report dated July 29, 2020 (MONTEMAYOR 0728-0732) | | |
| 418. | Follow up #1, dated September 2, 2020 (MONTEMAYOR 0733-0735) | | |
| 419. | Follow up #2, dated October 16, 2020 (MONTEMAYOR 0736-0739) | | |
| 420. | Follow up visit #3, dated November 9, 2020 (MONTEMAYOR 0740-0744) | | |
| 421. | Text message with "Chris" (MONTEMAYOR 1185) | | |
| 422. | Screenshots from Body Worn Videos | | |
| 423. | Graphic of 40mm LLL Flosi R26 Report | | |
| 424. | Graphic of 40mm LLL projectile (Flosi R26 Report) | | |
| 425. | Google Maps Printouts of Incident Area | | |
| 426. | Video titled "Preview YouTube video Hollywood Area LERI 06-02-20 (NRF037-20)Hollywood Area LERI 06-02-20 (NRF037-20)" | | |
| 427. | Still images from Rule 26 Report of Parris Ward dated June 27, 2022 | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 428. | Interdepartmental Correspondence dated July 15, 2020 (COLA 5232) | | |
| 429. | Officer Felix Commendations | | |

Dated: June 5, 2023

Respectfully Submitted,

HADSELL STORMER RENICK & DAI LLP

By:    /s/ - David Clay Washington[1]
       Dan Stormer
       Barbara Enloe Hadsell
       Morgan Ricketts
       David Clay Washington
Attorneys for Plaintiff
BENJAMIN MONTEMAYOR

Dated: June 5, 2023

COLE HUBER LLP

By:    /s/ - Daniel S. Roberts
       Daniel S. Roberts
Attorneys for Defendants
CITY OF LOS ANGELES, CHIEF MICHEL MOORE, OFFICER ANTHONY LOPEZ, AND OFFICER ROBERT R. MARTINEZ

Dated: June 5, 2023

BURKE, WILLIAMS & SORENSEN, LLP

By:    /s/ - Lisa W. Lee
       Susan E. Coleman
       Lisa W. Lee
Attorneys for Defendant
OFFICER HENRY FELIX

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

JOINT TRIAL EXHIBIT LIST            -11-