UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-03124-CBM-(ASx) | Date | November 21, 2023 |
| Title | *Benjamin Montemayor v. City of Los Angeles et al.* | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**          **IN CHAMBERS- ORDER RE: CITY DEFENDANTS' MOTION IN LIMINE NO. 1 (155)**

The matter before the Court is the City Defendants' "Motion in Limine No. 1 -- to exclude graphic photographs of Plaintiff's genitalia taken during surgery and recovery." (Dkt. No. 155 (the "Motion").) Defendant Felix filed a joinder to the Motion. (Dkt. No. 215.) Plaintiff filed an opposition to the Motion. (Dkt. No. 190.)

Defendants seek to exclude seven color photographs taken during Plaintiff's testicular surgery (Exhibit 226 on the Joint Exhibit List) and three additional color photographs of Plaintiff's genitalia showing stitching after surgery (Exhibit 224). Defendants move to exclude the photos pursuant to Federal Rules of Evidence 401, 402, and 403 on the grounds that they are not relevant to any issue of consequence, and any minimal probative value they may have is outweighed by a danger of unfair prejudice to Defendants by inflaming the jury, as well as possible confusion of the jury in particular with the surgical photographs.

Plaintiff opposes Defendants' Motion on the basis that the photos of Plaintiff's injuries are relevant under FRE 401 and 402. Plaintiffs contend that courts within the Ninth Circuit have approved the admission of photographs of gruesome and potentially prejudicial than those at issue here, including autopsy photographs.

Evidence is relevant if it has "any tendency to make a fact more or less probable" so long as the fact is "of consequence in determining the action." Fed. R. Evid. 401. However, relevant evidence may be excluded "if its probative value is substantially outweighed by a danger of . . . unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." Fed. R. Evid. 403. While the Court finds the photographs relevant to Plaintiff's claims under Rule 401, the Court finds that the probative value of the photographs is not substantially outweighed by the danger of unfair prejudice given the graphic nature of the photographs. Accordingly, the Court **GRANTS** the City Defendants' Motion and excludes Exhibit Numbers 226 and 224.

          **IT IS SO ORDERED.**

| | | | |
|---|---|---|---|
| | | | 00   :   |
| CV-90 (12/02) | | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk  YS |