Dan Stormer, Esq. [S.B. # 101967]
Barbara Enloe Hadsell, Esq. [S.B. #086021]
Morgan Ricketts, Esq. [S.B. #268892]
David Washington, Esq. [S.B. #305996]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bhadsell@hadsellstormer.com
        mricketts@hadsellstormer.com
        dwashington@hadsellstormer.com

Attorneys for Plaintiff
BENJAMIN MONTEMAYOR

[Attorneys for Defendants listed on next page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MONTEMAYOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES;<br>CHIEF MICHEL MOORE;<br>SERGEANT RUBEN T. MARTINEZ;<br>OFFICER HENRY FELIX;<br>OFFICER ANTHONY LOPEZ; and<br>OFFICER ROBERT R. MARTINEZ,<br><br>　　　　　Defendants. | Case No. 2:21-cv-03124-CBM (ASx)<br>Hon. Consuelo B. Marshall<br><br>**JOINT STIPULATION REGARDING TRIAL DOCUMENT SUBPOENAS, AND TO WITHDRAW DEFENDANTS' MOTION TO QUASH**<br><br>Trial Date:　　1/23/2024<br><br>Motion to Quash:<br>Date:　1/16/24<br>Time:　10:00 a.m. |

4894-1710-5820.2

JOINT STIPULATION RE DOCUMENT SUBPOENAS AND MOTION TO QUASH SAME

[Continued from first page]

Office of the Los Angeles City Attorney
DENISE C. MILLS, Deputy City Attorney (SBN 191992)
denise.mills@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone: 213-978-6954

DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
JEREMIAH D. JOHNSON, Bar No. 293200
jjohnson@colehuber.com
COLE HUBER LLP
2855 E. Guasti Rd., Suite 402
Ontario, California 91761
Telephone:   (909) 230-4209
Facsimile:   (909) 937-2034

Attorneys for Defendants City of Los Angeles, Chief Michel Moore, Officer Anthony Lopez and Officer Robert R. Martinez

Lisa W. Lee, Esq., Bar No. 186495
Brian S. Ginter, Esq., Bar No. 265786
Burke, Williams & Sorensen, LLP
444 S. Flower Street, Suite 2400
Los Angeles, CA 90071
Telephone:  (213) 236-0600
Facsimile:  (213) 236-2700
Email:  llee@bwslaw.com
         bginter@bwslaw.com

Attorneys for Defendant OFFICER HENRY FELIX

The parties to the above-captioned matter, by and through their respective undersigned counsel of record, hereby stipulate as follows:

1. Plaintiff has served on each of the individual named Defendants in this case (Police Chief Michel Moore, Anthony Lopez, Robert Martinez, and Henry Felix) trial subpoenas which include requests for production of financial documents.

2. Defendants have moved to quash the document requests within those subpoenas on the ground that they constitute impermissible discovery long after this Court's discovery cut-off. That motion to quash is set for hearing on January 16, 2024. Plaintiff has filed opposition to the motion, contending this is appropriate and timely discovery to seek through a trial subpoena. Defendants have filed their reply.

3. In an effort to resolve this dispute over the document subpoenas, the parties have reached the following compromise: In the event that the Jury finds the predicates required for punitive damages and the parties wish to offer evidence of net worth at a second phase of trial for that purpose (as per the Court's Order Re: Officer Felix's Motion in Limine No. 1 (Doc. No. 247)), Defendants Lopez, Martinez, and Felix will produce at that punitive-damages phase of trial the following items, redacted to protect account numbers, addresses, and non-party names (e.g. spouses):

    a. All November and December 2023 statements for any mortgage/home-equity loan;

    b. All November and December 2023 bank account statements;

    c. All November and December 2023 statements for any car loans and credit card debt;

    d. All November and December 2023 statements from any educational loans or tuition payments made;

    e. All paystubs for any part of December 2023.

4. Defendants Lopez and Martinez represent that they have no loan applications from June 2020 to present. Defendant Felix represents that on January 9, 2024, Defendant Felix requested a copy of a loan application through his mortgage company via telephone, and was informed that they are processing his request and that he should get a copy no later than 2 weeks. Defendant Felix agrees to follow up with the mortgage company on the first day of trial if he has not received a copy of the loan application by that date. Defendant Felix has also obtained one other loan application which he will bring to a punitive damage phase, should it occur.

5. Defendants stipulate to the authenticity of the webpage found at https://www.lafpp.com/post/tier-6-pension-plan-information.

6. Plaintiff formally withdraws the document requests contained in the trial subpoenas to the individual named Defendants.

7. Defendants withdraw their Motion to Quash, noticed for hearing on January 16, 2024, as moot in light of this Stipulation.

SO STIPULATED.

Dated: Jan. 11, 2024     HADSELL STORMER RENICK & DAI LLP

By: ___/s/ Morgan Ricketts___
Dan Stormer
Morgan Ricketts
David Washington
Attorneys for Plaintiff

Dated: Jan. 11, 2024     COLE HUBER LLP

By: ___/s/ Daniel S. Roberts*___
Daniel S. Roberts
Jeremiah D. Johnson
Attorneys for Defendants City of Los Angeles, Chief Michel Moore, Officer Anthony Lopez and Officer Robert R. Martinez

[SIGNATURES CONTINUE ON NEXT PAGE]

| | | |
|---|---|---|
| 1 | Dated: Jan. 11, 2024 | BURKE, WILLIAMS & SORENSEN, LLP |
| 2 | | By:  /s/ Lisa W. Lee |
| 3 | | Lisa W. Lee |
| 4 | | Brian S. Ginter |
| | | Attorneys for Defendant Henry Felix |

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.