1  HYDEE FELDSTEIN SOTO, City Attorney
   Office of the Los Angeles City Attorney
2  DENISE C. MILLS, Deputy City Attorney (SBN 191992)
   denise.mills@lacity.org
3  200 North Main Street, 6th Floor, City Hall East
   Los Angeles, California 90012
4  Phone: 213-978-6954

5  DANIEL S. ROBERTS, Bar No. 205535
   droberts@colehuber.com
6  JEREMIAH D. JOHNSON, Bar No. 293200
   jjohnson@colehuber.com
7  COLE HUBER LLP
   2855 E. Guasti Rd., Suite 402
8  Ontario, California 91761
   Telephone:  (909) 230-4209
9  Facsimile:  (909) 937-2034

10 Attorneys for Defendants City of Los
   Angeles, Chief Michel Moore, Officer
11 Anthony Lopez and Officer Robert R.
   Martinez
12
   Susan E. Coleman (SBN 171832)
13 E-mail:  scoleman@bwslaw.com
   Lisa W. Lee (SBN 186495)
14 E-mail: llee@bwslaw.com
   Burke, Williams & Sorensen, LLP
15 444 South Flower Street, Suite 2400
   Los Angeles, CA  90071-2953
16 Tel:  213.236.0600 Fax:  213.236.2700

17 Attorneys for Defendant
   Officer Henry Felix
18
                 UNITED STATES DISTRICT COURT
19
                CENTRAL DISTRICT OF CALIFORNIA
20

| 21 BENJAMIN MONTEMAYOR, | Case No. 2:21-cv-03124-CBM (ASx) |
|---|---|
| Plaintiff, | The Hon. Consuelo B. Marshall |
| v. | **DEFENDANTS' PROPOSED ALTERNATIVE SPECIAL VERDICT FORM** |
| CITY OF LOS ANGELES; CHIEF MICHEL MOORE; SERGEANT RUBEN T. MARTINEZ; OFFICER HENRY FELIX; OFFICER ANTHONY LOPEZ; and OFFICER ROBERT R. MARTINEZ, | [Filed concurrently with objections to Plaintiff's proposed special verdict] |
| Defendants. | Jury Trial:<br>Date:    January 23, 2024<br>Crtrm.   8D |

28

4882-1213-8654.2

Pursuant to Local Rule 49-1 and in connection with their concurrently filed objections to Plaintiff's proposed special verdict form, Defendants City of Los Angeles, Michel Moore, Robert Martinez, Anthony Lopez, and Henry Felix, through their respective undersigned counsel of record, hereby respectfully request the Court provide the special verdict form under this cover for the Jury to render its verdict in this case, instead of the improper form proposed by Plaintiff.

Dated:  January 16, 2024          Respectfully submitted,
                                  COLE HUBER LLP


                                  By:    /s/ Daniel S. Roberts*
                                         Daniel S. Roberts
                                         Jeremiah D. Johnson
                                         Attorneys for Defendants City of Los
                                         Angeles, Chief Michel Moore, Officer
                                         Anthony Lopez and Officer Robert R.
                                         Martinez

Dated:  January 16, 2024          BURKE, WILLIAMS & SORENSEN, LLP


                                  By:    /s/ Lisa W. Lee
                                         Lisa W. Lee
                                         Brian S. Ginter
                                         Attorneys for Defendant
                                         Henry Felix

*  Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4882-1213-8654.2

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   CENTRAL DISTRICT OF CALIFORNIA

8   BENJAMIN MONTEMAYOR,                    Case No. 2:21-cv-03124-CBM (ASx)
                                            The Hon. Consuelo B. Marshall
9              Plaintiff,

10        v.                                VERDICT FORM

11  CITY OF LOS ANGELES;
    CHIEF MICHEL MOORE;
12  SERGEANT RUBEN T. MARTINEZ;
    OFFICER HENRY FELIX;
13  OFFICER ANTHONY LOPEZ; and
    OFFICER ROBERT R. MARTINEZ,
14
               Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

4882-1213-8654.2

Instructions: When answering the following questions and filling out this Verdict Form, please follow the directions provided.  Your answer to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions provided to you.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

## **JURY VERDICT**

We, the Jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our unanimous Verdict in this case.

### **ISSUE 1: UNREASONABLE SEIZURE (42 U.S.C. § 1983)**

1.      Has the plaintiff proven all of the elements required under his claim for unreasonable seizure, as explained in Jury Instruction No. ___?

Henry Felix:              Yes___        No___

Robert Martinez:       Yes___        No___

*If you answered "yes" as to either or both defendant Felix or Martinez, please answer the following question 2.  If you answered "no" to both of those defendants, please skip question 2 and proceed to ISSUE 2: First Amendment Retaliation.*

2.      Was the defendant's unreasonable seizure the cause of the plaintiff's harm?

Henry Felix (discharging with 40mm):      Yes___        No___

Robert Martinez (striking with baton):      Yes___        No___

*Please proceed to ISSUE 2: First Amendment Retaliation.*

2

**ISSUE 2: FIRST AMENDMENT RETALIATION**

3.      Has the plaintiff proven all of the elements required under his claim for First Amendment retaliation, as explained in Jury Instruction No. ___?

Henry Felix:          Yes___        No___

Robert Martinez:      Yes___        No___

Anthony Lopez:        Yes___        No___

*If you answered "yes" as to any of the defendants identified above, please answer the following question 4.*

*If you answered "no" to this question 3 as to all three defendants, but answered "yes" to either defendant under question 2 above, please skip question 4 and proceed to ISSUE 3: Municipal Liability.*

*If you answered "no" to all three of the defendants in question 3, and answered "no" to both defendants in either question 1 or question 2 above, please skip question 4 and ISSUES 3 and 4, and proceed to ISSUE 5: Bane Act.*

4.      Was the defendant's First Amendment retaliation the cause of the plaintiff's harm?

Henry Felix:          Yes___        No___

Robert Martinez:      Yes___        No___

Anthony Lopez:        Yes___        No___

*Please proceed to ISSUE 3: Municipal Liability.*

**ISSUE 3: MUNICIPAL LIABILITY**

5.      Has the plaintiff proved all of the elements required under his Section 1983 Claim Against Local Governing Body Defendant Based on Unlawful Policy, Practice, or Custom, as explained in Jury Instruction No. ___?

Yes___        No___

*Please proceed to question 6.*

6.      Has the plaintiff proved all of the elements required under his Section 1983 Claim Against Local Governing Body Defendant Based on Ratification, as explained in Jury Instruction No. ___?

Yes___        No___

*Please proceed to question 7.*

7.      Has the plaintiff proved all of the elements required under his Section 1983 Claim against Local Governing Body Defendant Based on Failure to Train, as explained in Jury Instruction No. ___?

Yes___        No___

*Please proceed to ISSUE 4: Claim Against Supervisory Defendant*

**ISSUE 4: SECTION 1983 CLAIM AGAINST SUPERVISORY DEFENDANT**

8.      Has the plaintiff proven all of the elements required under his Section 1983 Claim Against Supervisory Defendant, as explained in Jury Instruction No. ___?

Yes___        No___

*Please proceed to ISSUE 5: Bane Act.*

**ISSUE 5: BANE ACT**

*If you answered "no" to Question No. 1, skip this question and proceed to Question No. 10.*

9.    Has the plaintiff proven all of the elements necessary to establish his claim under the Bane Act, as explained in Jury Instruction No. ___?

Henry Felix:                 Yes___        No___

Robert Martinez:           Yes___        No___

*Please proceed to ISSUE 6: Ralph Act*

**ISSUE 6:    RALPH ACT**

10.    Has the plaintiff proven all of the elements necessary to establish his claim under the Ralph Act, as explained in Jury Instruction No. ___?

Henry Felix:                 Yes___        No___

Robert Martinez:           Yes___        No___

Anthony Lopez:            Yes___        No___

*Please proceed to ISSUE 7: Battery*

**ISSUE 7:    BATTERY**

11.    Has the plaintiff proven all of the elements necessary to establish his claim for battery by a peace officer, as explained in Jury Instruction No. ___?

Henry Felix:                 Yes___        No___

Robert Martinez:           Yes___        No___

*Please proceed to ISSUE 8: Negligence*

**ISSUE 8:    NEGLIGENCE**

12.    Has the plaintiff proven all of the elements necessary to establish his claim for negligence, as explained in Jury Instruction No. ___?

Henry Felix:          Yes___        No___

Robert Martinez:     Yes___        No___

Michel Moore:        Yes___        No___

*If you answered this question 12 "yes" as to any of defendant Felix, defendant Martinez, or defendant Moore, please answer questions 13-15.*

*If you answered this question 12 "no" as to all three defendants, please skip questions 13-15 and proceed to ISSUE 9: Intentional Infliction of Emotional Distress.*

13.    Was the plaintiff negligent?

Yes___        No___

*Please answer question 14.*

14.    Was the plaintiff's negligence a substantial factor in causing his harm,?

Yes___        No___

15.    If you answered "yes" to both questions 13 and 14, what percentage of responsibility for the plaintiff's harm do you assign to the plaintiff?

_____%

*Please proceed to ISSUE 9: Intentional Infliction of Emotional Distress*

**ISSUE 9:    INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

16.    Has the plaintiff proven all of the elements necessary to establish his claim for intentional infliction of emotional distress, as explained in Jury Instruction No. __?

| | | |
|---|---|---|
| Henry Felix: | Yes___ | No___ |
| Robert Martinez: | Yes___ | No___ |
| Anthony Lopez: | Yes___ | No___ |

17.    Have any of the defendants proven all of the elements of their affirmative defense of privileged conduct?

| | | |
|---|---|---|
| Henry Felix | Yes___ | No___ |
| Robert Martinez | Yes___ | No___ |
| Anthony Lopez | Yes___ | No___ |

*If you answered "yes" to question 2, 4, 9, 10, 11, or 12, or if you answered "yes" question 16 and "no" to question 17, please proceed to ISSUE 10: Damages.*

*If  you answered "no" to question 1 or 2, and 3 or 4, and 9, 10, 11, 12, and 16, please STOP and answer no further questions.  Have your foreperson sign this form at the bottom and notify the Marshal that you have reached a verdict.*

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# ISSUE 10:  DAMAGES

19.    If you find that Plaintiff has proven all elements of one or more of his claims above, what is the total amount of damages caused to the plaintiff?

$_____

20.    What percentage of those damages do you find was caused by:

Being struck by the 40mm projectile (Henry Felix)?         _____%

Being struck with a baton (Robert Martinez)?              _____%

Having the banner pulled from his hands (Anthony Lopez)?_____%

*The total percentage must equal 100.*

21.    Did any of the following defendants act with malice, oppression, or in reckless disregard of the plaintiff's rights?

| | | |
|---|---|---|
| Henry Felix | Yes___ | No___ |
| Robert Martinez | Yes___ | No___ |
| Anthony Lopez | Yes___ | No___ |
| Michel Moore | Yes___ | No___ |

Dated:    _____          Signed:_____
                                                                    Jury Foreperson