1  Dan Stormer, Esq. [S.B. # 101967]
   Barbara Enloe Hadsell, Esq. [S.B. #086021]
2  Morgan Ricketts, Esq. [S.B. #268892]
   Brian Olney, Esq. [S.B. #298089]
3  David Clay Washington, Esq. [S.B. #305996]
   HADSELL STORMER RENICK & DAI LLP
4  128 N. Fair Oaks Avenue
   Pasadena, California 91103
5  Telephone: (626) 585-9600
   Facsimile:  (626) 577-7079
6  Emails: dstormer@hadsellstormer.com
7          bhadsell@hadsellstormer.com
           mrickettsbhag@hadsellstormer.com
           bolney@hadsellstormer.com
8          dwashington@hadsellstormer.com

9  Attorneys for Plaintiff
   BENJAMIN MONTEMAYOR

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN MONTEMAYOR, | Case No.: 2:21-cv-03124 CBM (ASx) |
| Plaintiff, | [Related to Case No. 2:20-cv-05027-CBM-AS] |
| v. | [Assigned to the Honorable Consuelo B. Marshall] |
| CITY OF LOS ANGELES; CHIEF MICHEL MOORE; SERGEANT RUBEN T. MARTINEZ; OFFICER HENRY FELIX; OFFICER ANTHONY LOPEZ; and OFFICER ROBERT R. MARTINEZ, | **PLAINTIFF'S AMENDED TRIAL WITNESS LIST** |
| | DATE:  January 23, 2024<br>TIME:  10:00 a.m.<br>PLACE:  8D |
| Defendants. | Complaint filed:  April 12, 2021<br>Trial:  January 23, 2024 |

PLTF'S AMENDED TRIAL WITNESS LIST

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-5, Plaintiff Benjamin Montemayor, hereby submits his Amended Witness List for trial.

Plaintiff reserves the right to call as a witness any individual identified by Defendants as a trial or expert witness. Plaintiff also reserves the right to add, delete, or otherwise amend the witness list as he continues his preparations for trial.

| No. | Name of Witness | Subject of Testimony | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Time for Redirect |
|---|---|---|---|---|---|
| 1. | Benjamin Montemayor | Plaintiff | 1.5 | | 0.5 |
| 2. | Tamara Bruketta | The events of June 2, 2020 and damages. | 0.7 | | 0.3 |
| 3. | Alyssa Brocato | The events of June 2, 2020 and damages. | 0.6 | | 0.3 |
| 4. | Edward Heinrich | The events of June 2, 2020 and damages. | 0.5 | | 0.2 |
| 5. | Meghan Delehanty, MSN, RN, PHN, CNL, ACRN | The events of June 2, 2020 and damages. | 0.6 | | 0.2 |
| 6. | Chief of Police Michel Moore | Defendant | 0.5 | | 0.2 |
| 7. | Officer Henry Felix | Defendant | 1 | | 0.5 |
| 8. | Officer Anthony Lopez | Defendant | 0.7 | | 0.4 |
| 9. | Officer Robert R. Martinez | Defendant | 0.7 | | 0.4 |
| 10. | Officer Whispering Bigby | The events of June 2, 2020, the investigation of the incident, and | 0.7 | | 0.4 |

PLTF'S AMENDED TRIAL WITNESS LIST            -1-

| No. | Name of Witness | Subject of Testimony | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Time for Redirect |
|---|---|---|---|---|---|
| | | policies, procedures, practices, and training. | | | |
| 11. | Sergeant James Kim | The events of June 2, 2020, the investigation of the incident, and policies, procedures, practices, and training. | 0.5 | | 0.2 |
| 12. | Officer Nelson Portillo | The events of June 2, 2020, the investigation of the incident, and policies, procedures, practices, and training. | 0.5 | | 0.2 |
| 13. | Officer Derrick Ybarra | The events of June 2, 2020, the investigation of the incident, and policies, procedures, practices, and training. | 0.5 | | 0.2 |
| 14. | Lieutenant Ivett Garay | The events of June 2, 2020, the investigation of the incident, and policies, procedures, practices, and training. | 0.5 | | 0.2 |
| 15. | Detective Michael Hackman | The events of June 2, 2020, the investigation of the incident, and | 0.5 | | 0.2 |

| No. | Name of Witness | Subject of Testimony | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Time for Redirect |
|---|---|---|---|---|---|
| | | policies, procedures, practices, and training. | | | |
| 16. | Sergeant Gregory Hoskins | Policies, procedures, practices, and training. | 0.7 | | 0.3 |
| 17. | Sergeant Eric Lee | The events of June 2, 2020, the investigation of the incident, and policies, procedures, practices, and training. | 0.4 | | 0.1 |
| 18. | Commander Steve Lurie | The events of June 2, 2020, the investigation of the incident, and policies, procedures, practices, and training. | 0.4 | | 0.1 |
| 19. | Detective Frank Marino | The events of June 2, 2020, the investigation of the incident, and policies, procedures, practices, and training. | 0.4 | | 0.1 |
| 20. | Assistant Inspector General Django Sibley | The events of June 2, 2020, the investigation of the incident, and policies, procedures, practices, and training. | 0.8 | | 0.4 |
| 21. | Roger Clark | Plaintiff's Police | 1 | | 0.4 |

PLTF'S AMENDED TRIAL WITNESS LIST -3-

| No. | Name of Witness | Subject of Testimony | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Time for Redirect |
|---|---|---|---|---|---|
| | | Practices Expert. Police practices. | | | |
| 22. | Richard E. Nussbaum, M.D. | Plaintiff's Spine Expert. Damages. | 1 | | 0.4 |
| 23. | Anthony Reading, Ph.D. | Plaintiff's Mental Health Expert. Damages. | 1.3 | | 0.4 |
| 24. | Linda Bonilla, LMFT | Plaintiff's treating therapist. Damages. | 0.8 | | 0.4 |
| 25. | Joy S. Feld, M.D. | Plaintiff's primary care physician. Damages. | 0.4 | | 0.2 |
| 26. | Michael J. Hyman, M.D. | Plaintiff's urologist who treated him for the testicular injury he sustained. Damages. | 0.8 | | 0.4 |
| 27. | David Iskandar, D.O. | Urgent Care physician who treated Plaintiff the date of the incident. Damages. | 0.3 | | 0.1 |
| 28. | Maxim Moradian, M.D. | Plaintiff's treating spine physician. Damages. | 0.6 | | 0.3 |
| 29. | Katia Badalian | The events of June 2, 2020 and damages. | 0.5 | | 0.2 |
| 30. | Tracy Ip | The events of June 2, 2020 and damages. | 0.5 | | 0.2 |
| 31. | Cathleen Montemayor | Damages. | 0.5 | | 0.2 |
| 32. | Roger Montemayor | Damages. | 0.5 | | |

| No. | Name of Witness | Subject of Testimony | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Time for Redirect |
|---|---|---|---|---|---|
| 33. | Ethan Moore | The events of June 2, 2020 and damages. | 0.5 | | 0.2 |
| 34. | Nicholas Snell | The events of June 2, 2020 and damages. | 0.5 | | 0.2 |
| 35. | Detective Edgar Aparicio | The number and locations of dispersal orders given during the 2020 protests. | 0.2 | | 0.1 |

Dated: January 17, 2024

Respectfully Submitted,

HADSELL STORMER RENICK & DAI LLP

By:    /s/ - David Clay Washington
    Dan Stormer
    Barbara Enloe Hadsell
    Morgan Ricketts
    Brian Olney
    David Clay Washington
Attorneys for Plaintiff
BENJAMIN MONTEMAYOR