UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:21-cv-03124-CBM-ASx |
| Date | January 17, 2024 |
| Title | *Benjamin Montemayor v. City of Los Angeles et al* |

**Present: The Honorable** CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: STATEMENT OF THE CASE**

    The jury trial in this case is set to commence on January 23, 2024.  The parties are hereby ordered to file a joint statement of the case no later than January 22, 2024 at 12 p.m.

    **IT IS SO ORDERED.**