Dan Stormer, Esq. [S.B. # 101967]
Barbara Enloe Hadsell, Esq. [S.B. #086021]
Morgan Ricketts, Esq. [S.B. #268892]
Brian Olney, Esq. [S.B. #298089]
David Clay Washington, Esq. [S.B. #305996]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bhadsell@hadsellstormer.com
        mrickettsbhag@hadsellstormer.com
        bolney@hadsellstormer.com
        dwashington@hadsellstormer.com

Attorneys for Plaintiff
BENJAMIN MONTEMAYOR

[Attorneys for Defendants listed on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MONTEMAYOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; SERGEANT RUBEN T. MARTINEZ; OFFICER HENRY FELIX; OFFICER ANTHONY LOPEZ; and OFFICER ROBERT R. MARTINEZ,<br><br>　　　　Defendants. | Case No.: 2:21-cv-03124 CBM (ASx)<br>[Related to Case No. 2:20-cv-05027-CBM-AS]<br><br>[Assigned to the Honorable Consuelo B. Marshall]<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL AND RELATED DATES**<br><br>Complaint filed:　　　　April 12, 2021<br>Discovery cut-off:　　　May 4, 2022<br>Expert discovery cut-off:　August 1, 2022<br>Trial:　　　　　　　　　January 23, 2024 |

[continued from first page]

Denise C. Mills, Deputy City Attorney
Office of the City Attorney
Police Litigation Unit
200 N. Main Street-City Hall East
6th Floor
Los Angeles, CA 90012
Telephone: (213) 978-7036
Facsimile: (213) 978-8785
Email: denise.mills@lacity.org

Daniel S. Roberts, Esq.
Cole Huber LLP
2855 E. Guasti Rd., Ste. 402
Ontario, CA 91761
Telephone: (909) 230-4209
Facsimile: (909) 937-2034
Email: droberts@colehuber.com

Attorneys for Defendants CITY OF LOS ANGELES, CHIEF MICHEL MOORE, OFFICER ANTHONY LOPEZ, and OFFICER ROBERT R. MARTINEZ

Susan E. Coleman, Esq.
Lisa W. Lee, Esq.
Burke, Williams & Sorensen, LLP
444 S. Flower Street, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700
Email: scoleman@bwslaw.com
   llee@bwslaw.com

Attorneys for Defendant OFFICER HENRY FELIX

JT NTC OF SETTLEMENT & REQ TO VACATE TRIAL & RELATED DATES

**TO THIS HONORABLE COURT:**

Pursuant to Local Rule 16-15.7, the parties to the above-captioned matter hereby report to the Court that a settlement has been reached as to all claims. The settlement is conditioned on final approval by the City of Los Angeles's Claims Board, Budget & Finance Committee, City Council and Mayor. Upon such approval, the parties will file a stipulation for voluntary dismissal of this case.

Dated: January 22, 2024          HADSELL STORMER RENICK & DAI LLP

By:   /s/ - David Clay Washington[1]
    Dan Stormer
    Barbara Enloe Hadsell
    Morgan E. Ricketts
    Brian Olney
    David Clay Washington
Attorneys for Plaintiff
BENJAMIN MONTEMAYOR

Dated: January 22, 2024          COLE HUBER LLP

By:   /s/ - Daniel S. Roberts
    Daniel S. Roberts
Attorneys for Defendants
CITY OF LOS ANGELES, CHIEF MICHEL MOORE, OFFICER ANTHONY LOPEZ, AND OFFICER ROBERT R. MARTINEZ

Dated: January 22, 2024          BURKE, WILLIAMS & SORENSEN, LLP

By:   /s/ - Lisa W. Lee
    Susan E. Coleman
    Lisa W. Lee
Attorneys for Defendant
OFFICER HENRY FELIX

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

JT NTC OF SETTLMENT & REQ TO VACATE TRIAL & RELATED DATES           -1-