1  LAW OFFICES OF MANUEL E. SOLIS
   Civil Litigation Department
2  Manuel E. Solis (Texas Bar No. 18826790)
   6705 Navigation Blvd.
3  Houston, TX 77011
   Email: manuelsolisjr@manuelsolis.com
4          jusolis@manuelsolis.com

5  LAW OFFICE OF ESTELLA CASTILLO
   Estella Castillo
6  2121 West Imperial Highway, Suite 119
   La Habra, CA 90631
7  Email: estella@abogadacastillo.net

8

9                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA

10 | MIGUEL TORRES RAMIREZ, *et al*., | Case No. 2:23-cv-08697-CBM-MRWx |
11 | | |
   | Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT   [24]** |
12 | v. | |
13 | | |
   | UR MENDOZA JADDOU, Director of United States Citizenship and Immigration Services, | Complaint served: October 20, 2023
14 | | Current response date: January 18, 2024
   | | New response date: March 1, 2024 |
15 | Defendant. | |

16

17   On January 17, 2024, the Parties filed a Joint Stipulation to Extend Time to

18 Respond to Initial Complaint. The Parties file this stipulation to extend time to

19 respond to initial complaint until March 1, 2024 to continue working to resolve this

20 case without further litigation.

1

1 | The Court, having considered the Parties' Joint Stipulation and finding good
2 | cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:
3 |     1.  Defendant's response to initial complaint is due on March 1, 2024.
4 | IT IS SO ORDERED.

6 | Dated: JANUARY 22, 2024

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE