Dan Stormer, Esq. [S.B. # 101967]
Barbara Enloe Hadsell, Esq. [S.B. #086021]
Morgan Ricketts, Esq. [S.B. #268892]
David Clay Washington, Esq. [S.B. #305996]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bhadsell@hadsellstormer.com
        mricketts@hadsellstormer.com
        dwashington@hadsellstormer.com

Attorneys for Plaintiff
BENJAMIN MONTEMAYOR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BENJAMIN MONTEMAYOR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; SERGEANT RUBEN T. MARTINEZ; OFFICER HENRY FELIX; OFFICER ANTHONY LOPEZ; and OFFICER ROBERT R. MARTINEZ,<br><br>Defendants. | Case No.: 2:21-cv-03124 CBM (ASx)<br>[Related to Case No. 2:20-cv-05027-CBM-AS]<br><br>[Assigned to the Honorable Consuelo B. Marshall – Courtroom 8D]<br><br>**ORDER GRANTING APPLICATION TO SEAL PLAINTIFF'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE IRRELEVANT/PREJUDICIAL INFORMATION REGARDING PLAINTIFF BENJAMIN MONTEMAYOR (DKT. 168-1)   [218]**<br><br>DATE:   June 20, 2023<br>TIME:   2:30 p.m.<br>PLACE:  8D<br><br>Complaint filed:          April 12, 2021<br>Discovery cut-off:        May 4, 2022<br>Expert discovery cut-off: August 1, 2022<br>Trial:                    June 27, 2023 |

_____
[PROP] ORDER GRANTING APPL.
TO FILE UNDER SEAL

## ORDER

Having considered Plaintiff's Application to Seal Dkt. 168-1, the following document(s) are hereby SEALED:

| Document | Court Ruling |
|---|---|
| Plaintiff's Motion in Limine No. 1 to Exclude Irrelevant/Prejudicial Information Regarding Plaintiff Benjamin Montemayor (Dkt. **168-1**). | Granted: _____<br>Denied: _____ |

**IT IS SO ORDERED.** Dated:

JANUARY 23, 2024

Honorable Consuelo B. Marshall
United States District Judge