Dan Stormer, Esq. [S.B. # 101967]
Barbara Enloe Hadsell, Esq. [S.B. #086021]
Morgan Ricketts, Esq. [S.B. #268892]
Brian Olney, Esq. [S.B. #298089]
David Clay Washington, Esq. [S.B. #305996]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
         bhadsell@hadsellstormer.com
         mrickettsbhag@hadsellstormer.com
         bolney@hadsellstormer.com
         dwashington@hadsellstormer.com

Attorneys for Plaintiff
BENJAMIN MONTEMAYOR

[Attorneys for Defendants listed on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MONTEMAYOR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; SERGEANT RUBEN T. MARTINEZ; OFFICER HENRY FELIX; OFFICER ANTHONY LOPEZ; and OFFICER ROBERT R. MARTINEZ,<br><br>Defendants. | Case No.: 2:21-cv-03124 CBM (ASx)<br>[Related to Case No. 2:20-cv-05027-CBM-AS]<br><br>[Assigned to the Honorable Consuelo B. Marshall]<br><br>**JOINT STATUS REPORT AND STIPULATED REQUEST FOR CONTINUANCE OF DEADLINE TO FILE STIPULATION AND ORDER FOR DISMISSAL OR JUDGMENT**<br><br>[*Filed concurrently herewith:  [Proposed] Order*]<br><br>Complaint filed:           April 12, 2021<br>Discovery cut-off:         May 4, 2022<br>Expert discovery cut-off:  August 1, 2022<br>Trial:                     January 23, 2024 |

[continued from first page]

Denise C. Mills, Deputy City Attorney
Office of the City Attorney
Police Litigation Unit
200 N. Main Street-City Hall East
6th Floor
Los Angeles, CA 90012
Telephone: (213) 978-7036
Facsimile: (213) 978-8785
Email: denise.mills@lacity.org

Daniel S. Roberts, Esq.
Cole Huber LLP
2855 E. Guasti Rd., Ste. 402
Ontario, CA 91761
Telephone: (909) 230-4209
Facsimile: (909) 937-2034
Email: droberts@colehuber.com

Attorneys for Defendants CITY OF LOS ANGELES, CHIEF MICHEL MOORE, OFFICER ANTHONY LOPEZ, and OFFICER ROBERT R. MARTINEZ

Susan E. Coleman, Esq.
Lisa W. Lee, Esq.
Burke, Williams & Sorensen, LLP
444 S. Flower Street, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700
Email: scoleman@bwslaw.com
       llee@bwslaw.com

Attorneys for Defendant OFFICER HENRY FELIX

---

Case 2:21-cv-03124-CBM-AS   Document 274   Filed 03/01/24   Page 3 of 4   Page ID #:7221

**TO THIS HONORABLE COURT:**

The Parties to the above-captioned matter, by and through their respective undersigned counsel of record, hereby stipulate and request as follows:

WHEREAS, Plaintiff has signed and transmitted the long form settlement agreement to Defendants;

WHEREAS, Defendant City of Los Angeles is in the process of approving the settlement agreement in accordance with the process required by Section 5.173 of the Los Angeles City Charter;

WHEREAS, On February 26, 2024, the Claims Board approved the settlement agreement;

WHEREAS, the settlement agreement is awaiting review by the Budget and Finance Committee, and approval by the City Counsel and Office of the Mayor;

WHEREAS, on January 22, 2024 the Court issued an order commanding the Parties to file either a stipulation and order for dismissal or judgment by March 1, 2024 (Dkt. 268);

WHEREAS, the Parties stipulate and respectfully request that the deadline to file a stipulation and order for dismissal or judgment be continued to May 31, 2024 in order to allow Defendant City of Los Angeles to complete its statutorily prescribed process for settlement approval.

**IT IS SO STIPULATED.**

Dated: March 1, 2024            HADSELL STORMER RENICK & DAI LLP

By:   /s/ - David Clay Washington[1]
            Dan Stormer
            Barbara Enloe Hadsell
            Morgan E. Ricketts
            Brian Olney
            David Clay Washington
        Attorneys for Plaintiff BENJAMIN MONTEMAYOR

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

JT STAT REPORT & STIP REQ FOR CONT OF DEADLINE
TO FILE STIP & ORDER FOR DISMISSAL OR JUDGMENT            -1-

| | | |
|---|---|---|
| 1 | Dated: March 1, 2024 | COLE HUBER LLP |
| 2 | | |
| 3 | | By:   /s/ - Daniel S. Roberts |
| | |       Daniel S. Roberts |
| 4 | | Attorneys for Defendants |
| | | CITY OF LOS ANGELES, CHIEF MICHEL MOORE, |
| 5 | | OFFICER ANTHONY LOPEZ, AND OFFICER |
| | | ROBERT R. MARTINEZ |
| 6 | | |
| 7 | Dated: March 1, 2024 | BURKE, WILLIAMS & SORENSEN, LLP |
| 8 | | |
| 9 | | By:   /s/ - Lisa W. Lee |
| | |       Susan E. Coleman |
| 10 | |       Lisa W. Lee |
| | | Attorneys for Defendant |
| 11 | | OFFICER HENRY FELIX |

---

JT STAT REPORT & STIP REQ FOR CONT OF DEADLINE
TO FILE STIP & ORDER FOR DISMISSAL OR JUDGMENT

-2-