Dan Stormer, Esq. [S.B. # 101967]
Barbara Enloe Hadsell, Esq. [S.B. #086021]
Morgan Ricketts, Esq. [S.B. #268892]
Brian Olney, Esq. [S.B. #298089]
David Clay Washington, Esq. [S.B. #305996]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bhadsell@hadsellstormer.com
        mrickettsbhag@hadsellstormer.com
        bolney@hadsellstormer.com
        dwashington@hadsellstormer.com

Attorneys for Plaintiff
BENJAMIN MONTEMAYOR

[Attorneys for Defendants listed on next page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BENJAMIN MONTEMAYOR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; SERGEANT RUBEN T. MARTINEZ; OFFICER HENRY FELIX; OFFICER ANTHONY LOPEZ; and OFFICER ROBERT R. MARTINEZ,<br><br>Defendants. | Case No.: 2:21-cv-03124 CBM (ASx)<br>[Related to Case No. 2:20-cv-05027-CBM-AS]<br><br>[Assigned to the Honorable Consuelo B. Marshall]<br><br>**[PROPOSED] ORDER RE: JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE OF DEADLINE TO FILE STIPULATION AND ORDER FOR DISMISSAL OR JUDGMENT**<br><br>[*Filed concurrently herewith: Joint Status Report*]<br><br>Complaint filed:          April 12, 2021<br>Discovery cut-off:        May 4, 2022<br>Expert discovery cut-off: August 1, 2022<br>Trial:                    January 23, 2024 |

1 | [continued from first page]

2

3 | Denise C. Mills, Deputy City Attorney
Office of the City Attorney
Police Litigation Unit
4 | 200 N. Main Street-City Hall East
6th Floor
5 | Los Angeles, CA 90012
Telephone:  (213) 978-7036
6 | Facsimile:  (213) 978-8785
Email:  denise.mills@lacity.org

7

8 | Daniel S. Roberts, Esq.
Cole Huber LLP
9 | 2855 E. Guasti Rd., Ste. 402
Ontario, CA 91761
10 | Telephone:  (909) 230-4209
Facsimile: (909) 937-2034
11 | Email:  droberts@colehuber.com

12 | Attorneys for Defendants CITY OF LOS ANGELES, CHIEF MICHEL MOORE, OFFICER ANTHONY LOPEZ, and OFFICER ROBERT R. MARTINEZ

13

14 | Susan E. Coleman, Esq.
Lisa W. Lee, Esq.
15 | Burke, Williams & Sorensen, LLP
444 S. Flower Street, Suite 2400
16 | Los Angeles, CA 90071
Telephone: (213) 236-0600
17 | Facsimile: (213) 236-2700
Email: scoleman@bwslaw.com
18 |        llee@bwslaw.com

19 | Attorneys for Defendant OFFICER HENRY FELIX

20

21

22

23

24

25

26

27

28

[PROP] ORDER RE: JT STAT REPORT & REQ FOR CONT
TO FILE STIP & ORDER FOR DISMISSAL OR JUDGMENT

1

**[PROPOSED] ORDER**

2

The Court, having considered the Joint Status Report and Stipulated Request for

3

Continuance of Deadline to File Stipulation and Order for Dismissal or Judgment, and

4

good cause appearing, IT IS HEREBY ORDERED THAT:

5

By May 31, 2024, the Parties shall file either a proper stipulation and order for

6

dismissal or judgment.

7

8

9

**IT IS SO ORDERED.**

10

11

12

Dated: _____          _____

13

The Honorable Consuelo B. Marshall
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28