Dan Stormer, Esq. [S.B. # 101967]
Barbara Enloe Hadsell, Esq. [S.B. #086021]
Morgan Ricketts, Esq. [S.B. #268892]
Brian Olney, Esq. [S.B. #298089]
David Clay Washington, Esq. [S.B. #305996]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bhadsell@hadsellstormer.com
        mrickettsbhag@hadsellstormer.com
        bolney@hadsellstormer.com
        dwashington@hadsellstormer.com

Attorneys for Plaintiff
BENJAMIN MONTEMAYOR

[Attorneys for Defendants listed on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MONTEMAYOR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; SERGEANT RUBEN T. MARTINEZ; OFFICER HENRY FELIX; OFFICER ANTHONY LOPEZ; and OFFICER ROBERT R. MARTINEZ,<br><br>Defendants. | Case No.: 2:21-cv-03124 CBM (ASx)<br>[Related to Case No. 2:20-cv-05027-CBM-AS]<br><br>[Assigned to the Honorable Consuelo B. Marshall]<br><br>**ORDER RE: JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE OF DEADLINE TO FILE STIPULATION AND ORDER FOR DISMISSAL OR JUDGMENT [274]**<br><br>[*Filed concurrently herewith: Joint Status Report*]<br><br>Complaint filed:           April 12, 2021<br>Discovery cut-off:         May 4, 2022<br>Expert discovery cut-off:  August 1, 2022<br>Trial:                     January 23, 2024 |

| | |
|---|---|
| 1 | [continued from first page] |
| 2 | |
| 3 | Denise C. Mills, Deputy City Attorney<br>Office of the City Attorney<br>Police Litigation Unit |
| 4 | 200 N. Main Street-City Hall East<br>6th Floor |
| 5 | Los Angeles, CA 90012<br>Telephone: (213) 978-7036 |
| 6 | Facsimile: (213) 978-8785<br>Email: denise.mills@lacity.org |
| 7 | |
| 8 | Daniel S. Roberts, Esq.<br>Cole Huber LLP |
| 9 | 2855 E. Guasti Rd., Ste. 402<br>Ontario, CA 91761 |
| 10 | Telephone: (909) 230-4209<br>Facsimile: (909) 937-2034 |
| 11 | Email: droberts@colehuber.com |
| 12 | Attorneys for Defendants CITY OF LOS ANGELES, CHIEF MICHEL MOORE, OFFICER ANTHONY LOPEZ, and OFFICER ROBERT R. MARTINEZ |
| 13 | |
| 14 | Susan E. Coleman, Esq.<br>Lisa W. Lee, Esq. |
| 15 | Burke, Williams & Sorensen, LLP |
| 16 | 444 S. Flower Street, Suite 2400<br>Los Angeles, CA 90071 |
| 17 | Telephone: (213) 236-0600<br>Facsimile: (213) 236-2700 |
| 18 | Email: scoleman@bwslaw.com<br>          llee@bwslaw.com |
| 19 | |
| 20 | Attorneys for Defendant OFFICER HENRY FELIX |

# ORDER

The Court, having considered the Joint Status Report and Stipulated Request for Continuance of Deadline to File Stipulation and Order for Dismissal or Judgment, and good cause appearing, IT IS HEREBY ORDERED THAT:

By May 31, 2024, the Parties shall file either a proper stipulation and order for dismissal or judgment.

**IT IS SO ORDERED.**

Dated: MARCH 4, 2024

_____
The Honorable Consuelo B. Marshall
United States District Judge