HYDEE FELDSTEIN SOTO, City Attorney
Office of the Los Angeles City Attorney
DENISE C. MILLS, Deputy City Attorney (SBN 191992)
denise.mills@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone: 213-978-6954

DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
JEREMIAH D. JOHNSON, Bar No. 293200
jjohnson@colehuber.com
COLE HUBER LLP
2855 E. Guasti Rd., Suite 402
Ontario, California 91761
Telephone: (909) 230-4209
Facsimile: (909) 937-2034

Attorneys for Defendants City of Los Angeles, Chief Michel Moore, Officer Anthony Lopez and Officer Robert R. Martinez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MONTEMAYOR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; SERGEANT RUBEN T. MARTINEZ; OFFICER HENRY FELIX; OFFICER ANTHONY LOPEZ; and OFFICER ROBERT R. MARTINEZ,<br><br>Defendants. | Case No. 2:21-cv-03124-CBM (ASx)<br>The Hon. Consuelo B. Marshall<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

4876-1489-0399.1

STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the dismissal of the above-captioned action, with prejudice, as to all claims and all parties. Each party will bear his or its own fees and costs incurred in this matter.

Dated: May 21, 2024    HADSELL STORMER RENICK & DAI LLP

By:  /s/ David Washington
Dan Stormer
Morgan Ricketts
David Washington
Attorneys for Plaintiff

Dated: May 21, 2024    COLE HUBER LLP

By:  /s/ Daniel S. Roberts*
Daniel S. Roberts
Jeremiah D. Johnson
Attorneys for Defendants City of Los Angeles, Chief Michel Moore, Officer Anthony Lopez and Officer Robert R. Martinez

Dated: May 15, 2024    BURKE, WILLIAMS & SORENSEN, LLP

By:  /s/ Lisa W. Lee
Lisa W. Lee
Brian S. Ginter
Attorneys for Defendant Henry Felix

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4876-1489-0399.1

STIPULATION FOR VOLUNTARY DISMISSAL